# EXHIBIT 2



Issued Through: GEICO MARINE INSURANCE COMPANY
Address: 5323 PORT ROYAL RD
SPRINGFIELD VA 22151
Phone: 877-581-2628

## MARINE INSURANCE APPLICATION

Submission Date: 09/26/2020   Boat: 2010 17' SOUTHERN SKIMMER   Application Number: BSP5039222-00

**Owner Information**

Is the Titled/Registered Owner of this boat an active Corporation or a Trust?   Yes ___   No  X

Titled/Registered Owner's Name: SAEID YOUSEFIEH
Mailing Address: 2135 REFUGE CT
City: VIRGINIA BCH   State: VA   Zip: 23454   Country: USA
Home Phone #: ___   Mobile Phone #: ___   Work Phone #: 757-985-7090   Extension: ___
Primary Email Address: saeidyou@icloud.com   Secondary Email Address: ___
Owner's Date of Birth: XX/XX/XXXX   Owner's Social Security #: XXX-XX-XXXX
Owner's Valid Drivers License #: XXXXXXXXX   State of Issue: VA   Sex: M   Marital Status: SINGLE
Do you currently have any other policies with GEICO?   Yes ___   No ___
Is the owner of the boat the primary operator of the boat?   Yes  X   No ___

**Additional Operators:**

| Name | Date of Birth | Valid Driver's License # | State | Moving Violations | Boat Exp | Owner? | Sex | Marital Status |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |

Has your or an additional operator's license been suspended or revoked in the past 3 years?   Yes ___   No  X

List any automobile or boating violations for the owner in the past 3 years:

| Violation | # of Incidents |
|---|---|
| Speeding <20 | 0 |
| Speeding >20 | 0 |
| DUI/DWI | 0 |
| Reckless Driving | 0 |
| Other Moving Violations |   |

|   | Length | Years of Experience | Years of Ownership |
|---|---|---|---|
| Largest Boat Owned |   | 30 | 30 |
| Largest Boat Operated |   |   |   |

Have you had any boating or automobile claims, accidents, or losses in the past 3 years?   Yes ___   No  X

If yes, please provide details of the loss. If you need additional space please attach explanation with application.

| Date | Type of Loss | Description | Loss Paid |
|---|---|---|---|
|   |   |   |   |

Is the boat currently damaged or has it been damaged in the past?        Yes _____    No __X__
If yes, please provide details below. If you need additional space please attach explanation with application.
_____
_____

**Select training course(s) the owner has taken:**
[X] State Certified Safety Course   [ ] USCG Auxiliary   [ ] US Power Squadron   [ ] Captain's License

**Boat Information**

| Year of the Boat: | Length of the Boat: | Builder/Manufacturer: | Model: |
|---|---|---|---|
| 2010 | 17' | SOUTHERN SKIMMER | 1770 W/50ELPT 4S W/TRLR |

Boat Name: _____   HIN: SFK14006E910   Documentation # _____   Registration # _____
Boat Use: __Private Pleasure_____   Has the boat been modified?  NO
Hull Type: RUNABOUT   Power Type: OUTBOARD   Hull Material: FIBERGLASS   Number of Engines: 1
Engine Year: _ _ _ _   Total HP: 25   Horsepower each: 25   Fuel Type: _____
Top Speed: 0   Boat Purchase Date: 08/15/2010   Boat Purchase Price: $8,000
Trailer Year: -   Trailer Purchase Price: -   Cruising Area: Coastal and Inland waters of the U.S. and Canada
Is your craft currently insured? YES ____ NO  X   If Yes, who is the current insurance company? _____
If no, how long has it been uninsured?  0 - 6 months   Why was it uninsured? Boat was in storage
How is the boat stored?  TRAILER
Marina or Other Location:  Residence
Address: 2135 REFUGE CT
City: VIRGINIA BCH   State: VA   Zip: 23454   Country: USA
Is the vessel kept more than 400 miles away from the owner's residence? _____
Is the boat financed:  Yes _____   No   X    If Yes, Lien Holder's Name _____
                Address: _____
                City: _____   State: ____   Zip: _____

Do you need to add an Additional "Insured"?  _____
If Yes, list name and address of the Additional Insured:
-_____
Address: _____
City: _____   State: _____   Zip: _____   Country: _____
If the boat is kept in or on the Atlantic or Gulf Coast, please provide a Hurricane Plan
_____

*While my signature verifies this information to be true, this application does not bind me to accept insurance, nor does it bind the Agent or GEICO Marine Insurance Company to accept me as an applicant for insurance. If I accept, I hereby authorize any company, credit bureau, or Department of Motor Vehicle that has knowledge of me to give such information to the Agent or GEICO Marine Insurance Company to be used for GEICO Marine Insurance Company's purposes only. Omitting, misrepresenting or stating information falsely on this application constitutes insurance fraud, voids all coverage, and is subject to criminal and civil penalties. The Insurance Company will consider claims history for purposes of determining whether or not to cancel or refuse to renew your policy.*

Is your boat sound and seaworthy and undamaged?   YES __X__   NO _____
Signature: _____   Date: _____