IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN ADMIRALTY

| | |
|---|---|
| GEICO MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br>SAEID YOUSEFIEH,<br>Defendant. | Case No.: 2:21-cv-00253- RAJ-RJK |

**RULE 41 STIPULATION OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff GEICO Marine Insurance Company (hereinafter, "GMIC"), by counsel, and submits this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No Answer to the Complaint has been filed in this case. The matters between the Parties have been resolved pursuant to the terms of a claim withdrawal and consent to policy rescission authorization that was executed April 4, 2021, which Defendant disclosed to GMIC on September 16, 2021, and which GMIC then promptly submitted to the Court as directed at its September 13, 2021 hearing on GMIC's Motion for Default Judgment.

Accordingly, GMIC hereby dismisses this declaratory action WITHOUT PREJUDICE and with each Party bearing responsibility for their own attorneys' fees, costs, and expenses.

Dated: September 23, 2021

I-1820230.1

By: /s/ *Christopher A. Abel*
Christopher A. Abel, Esquire
(VSB No. 31821)
Marina G. Batalias, Esquire
(VSB No. 96097)
*Counsel for Plaintiff*
*GEICO Marine Insurance Company*
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 333-3570
cabel@wilsav.com
mbatalias@wilsav.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System this 23rd day of September, 2021.

In addition, a copy of the foregoing was mailed *via* First-Class mail, postage prepaid, this 23rd day of September, 2021, to the following parties who have not yet entered appearances in this matter:

Saeid Yousefieh
2135 Refuge Court
Virginia Beach, Virginia 23454

By: /s/ *Christopher A. Abel*
Christopher A. Abel, Esquire
(VSB No. 31821)
Marina G. Batalias, Esquire
(VSB No. 96097)
*Counsel for Plaintiff*
*GEICO Marine Insurance Company*
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 333-3570
cabel@wilsav.com
mbatalias@wilsav.com

I-1820230.1